IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD R. KAMLA,<br><br>Plaintiff,<br><br>v.<br><br>QWEST HEALTH SERVICES CENTER,<br><br>Defendant. | CASE NO. 01-CV-753<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT** |

Plaintiff and Defendant hereby agree and stipulate that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended, and all defenses are preserved. Defendant shall answer, move, or otherwise respond to the Complaint on or before May 21, 2001.

Dated: May 4, 2001

DORSEY & WHITNEY LLP

By ____________________
James J. McConnell (#0269426)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-8845

KUTAK ROCK LLP
Tory M. Bishop (#18527)
Marcia A. Rezac (#21022)
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

Attorneys for Defendant
QWEST COMMUNICATIONS, INC.

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: May 4, 2001

By ______________________

Richard Kamla
1807 Gervais Court, Apt. 314
Maplewood, MN 55109

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendant shall answer, move, or otherwise respond to the Complaint on or before May 21, 2001.

Dated: 5/7/01

The Honorable Arthur J. Boylan
Magistrate Judge of United States
District Court for the District of
Minnesota